**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MOSTAFA MAHMOUD MOHAMED, | No. 10-70574 |
| Petitioner, | Agency No. A076-594-669 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM<sup>*</sup> |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011 <sup>**</sup>

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Mostafa Mahmoud Mohamed, a native and citizen of Egypt, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") removal order.  We have jurisdiction under 8 U.S.C.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. Reviewing for abuse of discretion, *Cui v. Mukasey*, 538 F.3d 1289, 1290 (9th Cir. 2008), we deny the petition for review.

The IJ did not abuse his discretion in denying a continuance on the ground that Mohamed did not demonstrate good cause. *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for continuance for good cause shown); *see also Sandoval-Luna*, 526 F.3d at 1247 (IJ did not abuse discretion in denying a continuance where alien had no approved visa petition and no relief was immediately available).

The IJ also did not abuse his discretion by denying Mohamed's application for asylum, withholding of removal, and relief under the Convention Against Torture because Mohamed did not establish good cause for failing to provide his fingerprints as ordered, and the IJ warned him that failure to comply would result in the denial of his applications. *See* 8 C.F.R. § 1208.10; *cf. Cui*, 538 F.3d at 1293-96.

**PETITION FOR REVIEW DENIED.**